IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MARIA SEGURA, | § | |
| *Plaintiff,* | § § § | |
| VS. | § § | CIVIL ACTION NO. 9:23-CV-00098 JUDGE MICHAEL J. TRUNCALE |
| WAL-MART STORES TEXAS, LLC, | § § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Notice of Dismissal. [Dkt. 13]. The Parties advise the Court that they have mutually resolved this lawsuit through a binding agreement and now seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

SIGNED this 20th day of March, 2024.

_____
Michael J. Truncale
United States District Judge